IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. NATHAEU A. BOUSE, Defendant. | PO 16-5021-BLG-TJC<br><br>Violation No. F4863887<br>Location Code: M6H<br><br>ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE AND QUASHING WARRANT |
|---|---|

Upon motion of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the motion to dismiss Violation Notice F4863887 with prejudice is GRANTED. (Doc. 6) This matter is dismissed, with prejudice as fully adjudicated.

IT IS FURTHER ORDERED that the warrant issued on November 17, 2016 for Nathaeu A. Bouse regarding Violation No. F4863887 shall be QUASHED.

The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately.

DATED this 21st day of March, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge